IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 09-CV-01813 MSK-CBS

SALADWORKS, LLC, a Delaware limited liability company,

        Plaintiff,

vs.

CHOPPERS CUSTOM SALAD WORKS, INC., a Colorado corporation,

        Defendant.

_____

**ORDER GRANTING PERMANENT INJUNCTION**
_____

THIS MATTER comes before the Court on the parties' Stipulated Motion for Entry of Permanent Injunction. Pursuant to the parties' stipulation the Court **ORDERS** that:

1. The Stipulated Motion for Entry of Permanent Injunction is hereby **GRANTED**, and Defendant Choppers Custom Salad Works, Inc., and its agents, employees, officers, directors, members, shareholders, affiliates, successors, parents, subsidiaries or the like, and/or those acting in concert with them are hereby ordered to permanently refrain from using the term "SALAD WORKS", "SALADWORKS" or the terms "SALAD" and "WORKS" in proximate manner, or any words or symbols which are colorable imitations of plaintiff's SALADWORKS registered trademarks.

2. This case is hereby dismissed, with prejudice. Upon entry of this Order, the Clerk of the Court shall close this case.

DATED this 25th day of August, 2009.

                                    **BY THE COURT:**

                                    _____
                                    Marcia S. Krieger
                                    United States District Judge